# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| FIRST STUDENT, INC., | |
| Plaintiff, | Case No. 1:08 CV 01864 |
| vs. | |
| | Judge Boyko |
| GREATER HEIGHTS ACADEMY, | |
| Defendant. | |

## AGREED JUDGMENT ENTRY

The Court, being duly advised, finds that Plaintiff First Student, Inc. is entitled to judgment in its favor, and consents to judgment upon the terms set forth in this Agreed Judgment Entry. Accordingly, it is therefore ORDERED, ADJUDGED, and DECREED as follows.

1. Judgment should be entered and is entered in favor of Plaintiff and against Defendant Greater Heights Academy in the amount of $650,087.81, plus 12% interest from December 9, 2008.

2. Each party is to bear its own costs. This action is terminated on the docket.

```
s/Christopher A. Boyko
```
UNITED STATES DISTRICT JUDGE
February 3, 2009