**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| FIRST STUDENT, INC. | ) | CASE NO. 1:08CV1864 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GREATER HEIGHTS ACADEMY | ) | |
| | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

  The Court has filed its ORDER OF DISMISSAL in the above-captioned matter. Accordingly, Judgment is entered in favor of Plaintiff and against Defendant in the amount of $650,087.81 plus 12% interest from December 9, 2008. Each party is to bear its own costs. This action is terminated pursuant to Federal Rule of Civil Procedure 58.

  IT IS SO ORDERED.

                 S/Christopher A. Boyko
                 HONORABLE CHRISTOPHER A. BOYKO
                 UNITED STATES DISTRICT JUDGE

February 3, 2009